Youssef H. Hammoud, Esq. (SBN: 321934)
Lauren Tegan Rodkey, Esq. (SBN: 275830)
Price Law Group, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff*,
*Richelle Burris*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHELLE BURRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>DISCOVER BANK,<br><br>    Defendant. | Case No.: 8:19-cv-01092-JLS-DFM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT DISCOVER BANK** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Richelle Burris and Defendant Discover Bank ("Discover") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice as to Discover within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Discover. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

| | | |
|---|---|---|
| 1 | | RESPECTFULLY SUBMITTED, |
| 2 | | |
| 3 | | **PRICE LAW GROUP, APC** |
| 4 | Dated: August 31, 2020 | By: */s/ Youssef H. Hammoud* |
| 5 | | Youssef H. Hammoud (SBN: 321934) |
|   | | **PRICE LAW GROUP, APC** |
| 6 | | 6345 Balboa Blvd, Suite 247 |
| 7 | | Encino, CA 91316 |
|   | | T: (818) 600-5596 |
| 8 | | F: (818) 600-5496 |
| 9 | | E: youssef@pricelawgroup.com |
|   | | *Attorneys of Plaintiff,* |
| 10 | | *Richelle Burris* |

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Tyla Flores-Gray*