Youssef H. Hammoud, Esq. (SBN: 321934)
Lauren Tegan Rodkey, Esq. (SBN: 275830)
Price Law Group, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff*,
*Richelle Burris*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHELLE BURRIS,<br><br>      Plaintiff,<br><br>v.<br><br>DISCOVER BANK,<br><br>      Defendant. | Case No.:  8:19-cv-01092-JLS-DFM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT DISCOVER BANK** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Richelle Burris ("Plaintiff") and Defendant Discover Bank ("Discover"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Discover. The parties shall bear their own attorneys' fees and costs.

///

///

///

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| Dated: September 11, 2020 | By: */s/ Youssef H. Hammoud* <br> Youssef H. Hammoud (SBN: 321934) <br> **PRICE LAW GROUP, APC** <br> 6345 Balboa Blvd, Suite 247 <br> Encino, CA 91316 <br> T: (818) 600-5596 <br> F: (818) 600-5496 <br> E: youssef@pricelawgroup.com <br> *Attorneys of Plaintiff,* <br> *Richelle Burris* |
| Dated: September 11, 2020 | By: */s/ Arjun P. Rao* <br> Arjun P. Rao (State Bar No. 265347) <br> Ali Fesharaki (State Bar No. 316559) <br> **STROOCK & STROOCK** <br> **& LAVAN LLP** <br> 2029 Century Park East, 18th Floor <br> Los Angeles, CA 90067-3086 <br> T: (310) 556-5800 <br> F: (310) 556-5959 <br> *Attorneys for Defendant,* <br> *Discover Bank* |

### SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that I have on file all signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

|   |   |
|---|---|
| Dated: September 11, 2020 | **PRICE LAW GROUP, APC** <br><br> By: */s/ Youssef H. Hammoud* <br> Youssef H. Hammoud <br> *Attorneys for Plaintiff,* <br> *Richelle Burris* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Brianna Frohman*