**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHELLE BURRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>DISCOVER BANK,<br><br>    Defendant. | Case No.:  8:19-cv-01092-JLS-DFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Discover Bank, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice in its entirety with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated:  September 18, 2020

_____
Honorable Josephine L. Staton
United States District Judge

- 1 -